R. HUDNUT'S PHARMACY, Appellant, v. TANKARD, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Suit by R. Hudnut's Pharmacy against Joseph Tankard. From an order denying a motion for an injunction, complainant

appeals. Affirmed. R. S. White, for appellant. S. Riker, Jr., for respondent.

PER CURIAM. We do not think that the facts presented upon this application would justify us in reversing the order below. The question as to whether or not an injunction should be granted, and as to the extent of the injunction, should be left to be determined upon the trial. The order should be affirmed, with $10 costs and disbursements.